■ In the Matter of KHA'SUN CREATOR ALLAH, Appellant, v ALBERT PRACK, DIRECTOR, S.H.U./Inmate Disciplinary Programs, New York State Department of Correctional Services, Respondent. [964 NYS2d 55]—Appeal from an order of the Supreme Court, Erie County (M. William Boller, A.J.), dated September 19, 2011. The order denied the request of petitioner for expungement and directed that a new disciplinary hearing be conducted.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Carni, Lindley and Whalen, JJ.